IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| GENESIS HEALTH VENTURES, INC. | : Bankruptcy Case No. 00-2692-PJW |
| et al., | : Jointly Administered |
| | : |
| Debtors, | : |
| | : |
| RICHARD HASKELL, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Misc. Case No. 06-228-JJF |
| | : |
| GOLDMAN, SACHS & CO., et al., | : |
| | : |
| Defendants. | : |

ORDER

At Wilmington, this ___29___ day of June 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Joint Motion For Leave To Appeal (D.I. 1) filed by Defendants Goldman, Sachs & Co, et al. is **DENIED**.

                                    /s/ Joseph J. Farnan
                                    UNITED STATES DISTRICT JUDGE